DAVID LOUIS COHEN
Attorney at Law
125-10 Queens Boulevard
Suite 5
Kew Gardens, New York 11415
david@davidlouiscohenlaw.com
718-793-1553 - Office
718-974-7772 - Mobile

February 25, 2020
VIA ECF
Hon. P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED.

SO ORDERED.
2/25/2021

*P. Kevin Castel*
United States District Judge

*Re: United States v, Grasso, et al.*
*20 CR 163 (S1) (PKC)*

Dear Judge Castel:

I represent Richard Banca in the above entitled matter, and respectfully request that the Court grant Mr. Banca permission to travel, with his wife and son, to Orlando, Florida, between March 7 and March 14.

I have advised the Government of this request and AUSA Mortazavi advised that the Government takes no position. Pre-Trial Services Officer Jessica Killian advised that Pretrial Services has no objection to the request. Should the Court grant this request, I will provide Pre Trial Services with Mr. Banca's travel itinerary. Mr. Banca will at all times have his cell phone on his person and he will comply with all public health requirements.

I thank the Court for its consideration of this request.

Respectfully submitted,

DAVID LOUIS COHEN

DLC:om