

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 3, 2021

**VIA ECF**

The Honorable P. Kevin Castel
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

                Re:    *United States v. Grasso, et al.*, 20 Cr. 163 (PKC)

Dear Judge Castel:

      The Government respectfully writes in response to defendant Richard Banca's letter of July 7, 2021, requesting an immediate response to several requests for disclosures by the Government. The Government has now provided counsel for Mr. Banca a written response, and will make the same available to all defendants in this case.

                                      Very truly yours,

                                      AUDREY STRAUSS
                                      United States Attorney

                        by:    /s Andrew Adams
                              Sarah Mortazavi
                              Andrew C. Adams
                              Benet Kearney
                              Assistant United States Attorneys
                              (212) 637-2520 / 2340 / 2260

Cc: All defense counsel (via ECF)