DAVID LOUIS COHEN
Attorney at Law
125-10 Queens Boulevard
Suite 12
Kew Gardens, New York 11415
david@davidlouiscohenlaw.com
718-793-1553 - Office
718-974-7772 - Mobile

July 28, 2021
VIA ECF
Hon. P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application Granted.
SO ORDERED.
Dated: 7/29/2021

_____
P. Kevin Castel
United States District Judge

**Re: *United States v. Grasso, et al.*
20 CR 163 (S1) (PKC)**

Dear Judge Castel:

I represent Richard Banca in the above entitled matter, and respectfully request that the Court grant Mr. Banca permission to travel, with his family, to North Carolina to visit his son who is a United States Marine, stationed at Camp Lejeune. Mr. Banca will be flying to North Carolina on August 11th and returning on August 17th. He will be staying at the Suburban Extended Stay Hotel, Camp Lejeune, North Carolina. Mr. Banca will at all times have his cell phone on his person.

I have advised the Government and Pre-Trial Services of this request. AUSA Mortazavi on behalf of the Government and Pre-Trial Services Officer Jessica Killian, both advised that they have no objection to this request.

I thank the Court for its consideration of this request.

Respectfully submitted,

DAVID LOUIS COHEN

DLC:om