DAVID LOUIS COHEN  
Attorney at Law  
125-10 Queens Boulevard  
Suite 12  
Kew Gardens, New York 11415  
david@davidlouiscohenlaw.com  
718-793-1553 - Office  
718-974-7772 - Mobile

December 7, 2021  
VIA ECF  
Hon. P. Kevin Castel  
United States District Court Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

**Application Granted.**

So Ordered: _P. Kevin Castel_
United States District Judge

12/7/2021

*Re: United States v, Grasso, et al.*
   *20 CR 163 (S4) (PKC)*

Dear Judge Castel:

[ I represent Richard Banca in the above entitled matter, and respectfully request that the Court grant Mr. Banca permission to travel with his daughter to visit SUNY Oswego on December 9, 2021. ] His daughter was accepted to SUNY Oswego and this is a tour for accepted students and parents.  They will be driving and returning on the same date.  ✓

I have notified the Government and Pre-Trial Services of this request and AUSA Mortazavi on behalf of the Government and Pre-Trial Services Officer Jessica Killian on behalf of Pre-Trial Services indicated that there was no objection to this request.   I will email a copy of this letter to Pre-Trial Services.

I thank the Court for its consideration of this request.

                              Respectfully submitted,

                                     /s/
DLC:om                        DAVID LOUIS COHEN