**DAVID LOUIS COHEN**
Attorney at Law
125-10 Queens Boulevard
Suite 5
Kew Gardens, New York 11415
david@davidlouiscohenlaw.com
718-793-1553 - Office
718-974-7772 - Mobile

January 26, 2022
VIA ECF
Hon. P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

1-26-22

***Re: United States v, Grasso, et al.***
***20 CR 163 (S4) (PKC)***

Dear Judge Castel:

I represent Richard Banca in the above entitled matter, and respectfully request that the Court grant Mr. Banca permission to travel, with his wife and two children, to Orlando, Florida, between February 17 and February 23, 2022.

I have advised the Government of this request and the Government has no objection. Pre-Trial Services Officer Jessica Killian indicated that Pretrial Services has no objection to the request. I have provided Pre Trial Services with Mr. Banca's travel itinerary. Mr. Banca will at all times have his cell phone on his person and he will comply with all public health requirements.

I thank the Court for its consideration of this request.

Respectfully submitted,

/S/
DAVID LOUIS COHEN

DLC:om