UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                  20 CR 163 (PKC)

        -against-                                             ORDER

RICHARD BANCA,

                            Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        Sentencing for Richard Banca is adjourned from September 6, 2022 to September 15, 2022 at 4:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                      P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
       July 18, 2022