DAVID LOUIS COHEN
Attorney at Law
125-10 Queens Boulevard
Suite 12
Kew Gardens, New York 11415
david@davidlouiscohenlaw.com
718-793-1553 - Office
718-974-7772 - Mobile

July 27, 2022
VIA ECF
Hon. P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re: United States v, Grasso, et al.*
*20 CR 163 (PKC)*

Dear Judge Castel:

I represent Richard Banca in the above entitled matter and request that the Court grant Mr. Banca permission to travel, between August 9th and 13th, with his wife and son, to North Carolina to visit his oldest son who is a Marine stationed at Camp Lejeune. I am also requesting that, upon his return he be permit to travel to Oswego, New York on August 15th, to take his daughter to college at SUNY Oswego.

I have advised the Government and Pre-Trial Services of this request and AUSA Mortazavi and Pre-Trial Services Officer Jessica Killian advised that neither had an objection. I have provided Pre-trial with the address where Mr. Banca and his family will be residing in North Carolina. Mr. Banca will at all times have his cell phone on his person and he will comply with all public health requirements.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/
DAVID LOUIS COHEN

DLC:om
cc: Pre-Trial Services
Officer Jessica Killian

*[Handwritten notation: Application Granted. SO ORDERED. /s/ PKC USDJ 7-27-22]*