UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                20 CR 163 (PKC)

        -against-                                  ORDER

RICHARD BANCA,

                         Defendants.
------------------------------------------------------------x
CASTEL, U.S.D.J.

        The TIME for the sentence of Richard Banca is moved to 4:00 p.m. on September 20, 2022 in Courtroom 11D.

        SO ORDERED.

                                                      P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
           September 13, 2022