DAVID LOUIS COHEN
Attorney at Law
125-10 Queens Boulevard
Suite 12
Kew Gardens, New York 11415
david@davidlouiscohenlaw.com
718-793-1553 - Office
718-974-7772 - Mobile

November 29, 2022
VIA ECF
Hon. P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

11-29-22

*Re: United States v, Grasso, et al.*
*20 CR 163 (S1) (PKC)*

Dear Judge Castel:

I represent Richard Banca in the above entitled matter, and respectfully request that the Court grant Mr. Banca permission to travel, with his family, to Orlando, Florida. Mr. Banca will be flying to Florida on January 1, 2023 and returning on January 6, 2023. He will be staying at Disney Port Orleans Resort. Mr. Banca will at all times have his cell phone on his person. Mr. Banca has satisfied all financial conditions of his sentence and is scheduled to voluntarily surrender on January 10, 2023, to FCI Otisville.

I have advised the Government and Pre-Trial Services of this request. AUSA Mortazavi replied that the Government has "no objection" and Pre-Trial Services Officer Jessica Killian, replied that Pre-Trial "takes no position".

I thank the Court for its consideration of this request.

Respectfully submitted,

/S/
DAVID LOUIS COHEN

DLC:om