DAVID LOUIS COHEN
Attorney at Law
125-10 Queens Boulevard
Suite 12
Kew Gardens, New York 11415
david@davidlouiscohenlaw.com
718-793-1553 - Office
718-974-7772 - Mobile

January 27, 2023
VIA ECF
Hon. P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED.
SO ORDERED.
Dated:  2/15/2023

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

*Re: United States v, Grasso, et al.*
*20 CR 163 (PKC)*

Dear Judge Castel:

I represent Richard Banca on the above entitled matter.  As a condition of his bail, Mr. Banca surrendered his passport to Pre-Trial Services.  Pursuant to the sentence imposed by this Court, Mr. Banca, on January 10, 2023, voluntarily surrendered and is currently incarcerated at FCI Otisville.

I respectfully request that the Court issue an Order releasing his passport.  I have advised the Government and Pre-Trial Services of this application.  AUSA Mortazavi and Pre-Trial Services Officer Jessica Killian, both replied that they have no objection to this application.

I thank the Court for its consideration of this application.

                                                  Respectfully submitted,

                                                  /S/
DLC:om                                          DAVID LOUIS COHEN